IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL F. PEREZ,<br><br>        Petitioner,<br><br>vs.<br><br>M. BITER, Warden,<br><br>        Respondent. | No. C 11-3352 JSW (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner concedes that he presently has a petition for a writ of habeas corpus pending in the Monterey County Superior Court. (Pet. at 4-5.) The Ninth Circuit has held that the habeas exhaustion requirement is not satisfied if there is a pending proceeding in state court, even if the issue the petitioner seeks to raise in federal court has been finally determined by the highest available state court. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). This is because the pending state action might result in reversal of the conviction on some other ground, mooting the federal case. *Id.*

The petition is DISMISSED without prejudice to refiling it when no further proceedings are pending in the California state courts. *See id.* (if state court action is

1 pending, claims are not exhausted). Petitioner's motion for leave to proceed in forma
2 pauperis is GRANTED.

3 Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district
4 court to rule on whether a Petitioner is entitled to a certificate of appealability in the same
5 order in which the petition is decided. Petitioner has failed to make a substantial showing
6 that a reasonable jurist would find this Court's denial of his claim on procedural grounds
7 debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no
8 certificate of appealability is warranted in this case.

9 The Clerk shall enter judgment and close the file.
10 IT IS SO ORDERED.

12 DATED: August 24, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAUL PEREZ,

    Plaintiff,

v.

BITER M, WARDEN et al,

    Defendant.

Case Number: CV11-03352 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Frank Perez G-53624
Kern Valley State Prison
D-1/208
P.O. Box 5104
Delano, CA 93216

Dated: August 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk